# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release) |
| v. | Case Number:  01-cr-00312-WYD-01 |
| | USM Number:  30700-013 |
| EMANUEL STANCHIEFF<br>a/k/a Manuel Castaneda | Scott Varholak, AFPD<br>(Defendant's Attorney) |

**THE DEFENDANT:**  Admitted guilt to violations 1, 2, 3, 4, 5, 6, 7, and 8, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of this violation:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession and Use of a Controlled Substance | 06/28/04 |
| 2 | Possession and Use of a Controlled Substance | 07/19/04 |

   The defendant is sentenced as provided in pages 2 through 5 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

   It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

   It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

September 20, 2006
_____
Date of Imposition of Judgment

s/ Wiley Y. Daniel
_____
Signature of Judge

Wiley Y. Daniel, U.S. District Judge
_____
Name & Title of Judge

September 26, 2006
_____
Date

DEFENDANT:  EMANUEL STANCHIEFF
CASE NUMBER:  01-cr-00312-WYD-01                          Judgment-Page 2 of 5

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Possession and Use of a Controlled Substance | 07/19/04 |
| 4 | Possession and Use of a Controlled Substance | 08/09/04 |
| 5 | Failure to Participate in Treatment as Directed | 05/04/04 |
| 6 | Violation of the Law | 09/04/04 |
| 7 | Failure to Report Arrest by Law Enforcement | 09/04/04 |
| 8 | Association with Persons Involved in Criminal Activity | 09/04/04 |

DEFENDANT:  EMANUEL STANCHIEFF
CASE NUMBER:  01-cr-00312-WYD-01                                   Judgment-Page 3 of 5

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of one (1) day with time served.

The court recommends that the Bureau of Prisons credit the defendant with 44 days spent in custody.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____

DEFENDANT:  EMANUEL STANCHIEFF
CASE NUMBER:  01-cr-00312-WYD-01

Deputy United States Marshal

DEFENDANT:  EMANUEL STANCHIEFF
CASE NUMBER:  01-cr-00312-WYD-01                                    Judgment-Page 5 of 5

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of three (3) years.

The defendant must report to the probation office in the district to which he is released within 72 hours of his release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and two periodic drug tests thereafter.

The defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

The defendant shall cooperate in the collection of  DNA as directed by the probation officer.

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)   The defendant shall not leave the judicial district without the permission of the court or probation officer.
2)   The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month.
3)   The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4)   The defendant shall support his dependents and meet other family responsibilities.
5)   The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.
6)   The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.
7)   The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician.
8)   The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

DEFENDANT:  EMANUEL STANCHIEFF
CASE NUMBER:  01-cr-00312-WYD-01                                          Judgment-Page 6 of 5

9)      The defendant shall not associate with any persons engaged in criminal activity and shall not
        associate with any person convicted of a felony, unless granted permission to do so by the
        probation officer.

10)     The defendant shall permit a probation officer to visit him at any time at home or elsewhere
        and shall permit confiscation of any contraband observed in plain view by the probation officer.

11)     The defendant shall notify the probation officer within seventy-two hours of being arrested or
        questioned by a law enforcement officer.

12)     The defendant shall not enter into any agreement to act as an informer or a special agent of a
        law enforcement agency without the permission of the court.

13)     As directed by the probation officer, the defendant shall notify third parties of risks that may be
        occasioned by the defendant's criminal record or personal history or characteristics, and shall
        permit the probation officer to make such notifications and to confirm the defendant's
        compliance with such notification requirement.

14)     The defendant shall provide the probation officer with access to any requested financial
        information.

## ADDITIONAL CONDITIONS OF SUPERVISION

1)      The defendant shall participate in a program of testing and treatment for drug abuse, as
        directed by the probation officer, until he is released from the program by the probation officer.
        The defendant shall abstain from the use of alcohol or other intoxicants during the course of
        treatment and shall pay the cost of treatment as directed by the probation officer.

2)      The defendant shall participate in a program of mental health treatment, as directed by the
        probation officer, until he is released from the program by the probation officer.   The
        defendant shall pay the cost of treatment as directed by the probation officer.  The court
        authorizes the probation officer to release to the treatment agency all psychological reports
        and/or the presentence report, for continuity of treatment.

3)      The defendant shall reside in an approved Residential Reentry Center (RRC) up to a maximum
        of 180 days, to commence as directed by the Probation Department, and the defendant shall
        observe all rules of that facility.  The defendant may be discharged earlier than 180 days by
        the Probation Department if the defendant is determined to be in full compliance with all
        conditions of supervision.