# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 01-cr-00312-WYD-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

EMANUEL STANCHIEFF,

        Defendant.

---

## ORDER VACATING SUPERVISED RELEASE VIOLATION HEARING

---

        This matter comes before the Court upon a report of the Probation Office concerning the defendant's supervised release violation hearing scheduled for August 4, 2009, at 10:00 a.m.  The primary basis for this hearing was the defendant's felony arrest in Jefferson County Case Number 08CR2924.  On June 10, 2009, this case was dismissed.  The defendant has been compliant with his supervised release conditions since that arrest, and as a result, the Probation Office recommends that the violation hearing be vacated and that his supervised release be continued.  Therefore it is

        ORDERED that the supervised release violation hearing scheduled for August 4, 2009, at 10:00 a.m. is vacated.

        DATED at Denver, Colorado, this 23rd day of June, 2009.

        BY THE COURT:

        s/ Wiley Y. Daniel_____
        Wiley Y. Daniel, Chief Judge
        United States District Court